## MILLS V. BANCROFT & SON'S TRUCKING

This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**RAYMOND E. MILLS,**
**Worker-Appellant,**
**v.**
**BANCROFT & SON'S TRUCKING**
**and REDWOOD FIRE & CASUALTY,**
**Employer/Insurer-Appellees.**

No. A-1-CA-37456

COURT OF APPEALS OF NEW MEXICO

February 25, 2019

APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION, Leonard J. Padilla, Workers' Compensation Judge

**COUNSEL**

Raymond E. Padilla, Albuquerque, NM, Pro Se Appellant

Hoffman Kelley Lopez LLP, Lloyd Hoffman, Albuquerque, NM, for Appellees

**JUDGES**

LINDA M. VANZI, Judge, Judge. WE CONCUR: JENNIFER L. ATTREP, Judge, KRISTINA BOGARDUS, Judge

**AUTHOR:** LINDA M. VANZI, Judge

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**KRISTINA BOGARDUS, Judge**